**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| Pamela S. Walker, | C/A No. 2:09-2325 DCN |
| Plaintiff, | |
| -vs- | **ORDER** |
| Monumental Life Insurance Company Inc., | |
| Defendant. | |

On September 9, 2009, an Order to Show Cause was entered in above-captioned case. On September 16, 2009, plaintiff filed a consent motion to amend complaint, which stated that the plaintiff's address is in Georgetown County rather than Horry County.

**IT IS THEREFORE ORDERED** that the order filed on September 9, 2009, is hereby vacated.

**AND IT IS SO ORDERED**.

_____
David C. Norton
Chief United States District Judge

Charleston, South Carolina
September 22, 2009